UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

JOSEPH L. R. [1],                                )
                                                 )
            Plaintiff,                           )
                                                 )
      v.                                         )      CIVIL NO.  3:18cv1039
                                                 )
ANDREW M. SAUL,                                  )
Commissioner of Social Security,                 )
                                                 )
            Defendant.                           )

<u>OPINION AND ORDER</u>

      This matter is before the court on a Report and Recommendation submitted by Magistrate
Judge Joshua P. Kolar, on December 19, 2019.

      This Report and Recommendation was submitted pursuant to 28 U.S.C. § 636(b)(1)(C).
Pursuant to 28 U.S.C. § 636(b)(1), the parties had fourteen (14) days after being served with a
copy of this Recommendation to file written objections thereto with the Clerk of Court. The
failure to file a timely objection results in waiver of the right to challenge the Recommendation
before either the District Court or the Court of Appeals. *Willis v. Caterpillar, Inc.*, 199 F.3d 902,
904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank
v. Manor Steel Corp.*, 882 F.2d 258, 260-261 (7th Cir. 1989); *Lebovitz v. Miller*, 856 F.2d 902,
905 n.2 (7th Cir. 1988).

      No objections were filed within the 14-day time limit.  Accordingly, this Court ADOPTS
the Report and Recommendation.

---

[1] For privacy purposes, Plaintiff's full name will not be used in this Order.

<u>Conclusion</u>

As set forth in Magistrate Judge Kolar's Report and Recommendation, the Decision of the ALJ is hereby REMANDED.


Entered: January 23, 2020.

s/ William C.  Lee
William C. Lee, Judge
United States District Court
